**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | CR08-00882-001-PCT-MEA |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Bettina Whitehorse, | ) | |
| Defendant. | ) | |

The defendant appeared in court and admitted to violating the conditions of her probation as alleged in the Petition to Revoke Probation. Based upon those admissions, the court finds the defendant has violated the conditions of her probation.

IT IS ORDERED reinstating the defendant on probation subject to the previously ordered conditions and special conditions.

IT IS FURTHER ORDERED that the defendant's supervised probation is extended for one year and will begin on January 14, 2011 and end on January 14, 2012.

DATED this 12th day of January, 2011.

_Mark E. Aspey_
Mark E. Aspey
United States Magistrate Judge